JPML FORM 1A

## DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 743 -- In re Keenan Patent Litigation

| Date | Pldg. | Pleading Description |
|---|---|---|
| 87/08/31 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS -- A-1 - A-3) Filed by A.H. Robins Company, Inc. --SUGGESTED TRANSFEREE DISTRICT: SOUTHERN DISTRICT OF OHIO -- SUGGESTED TRANSFEREE JUDGE: ? -- w/cert. of svc. (rh) |
| 87/09/10 | | APPEARANCES: E. ANTHONY FIGG, ESQ. for DuPont Critical Care, Inc.; JOHN J. McDONNELL, ESQ. for Erbamont, Inc. and David Bull Laboratories, Pty., Ltd.; KURT E. RICHTER, ESQ. for A.H. Robins Co., Inc.; GEORGE P. HOARE, JR., ESQ. for American Cyanamid Co. (cds) |
| 87/09/15 | 2 | RESPONSE (to pldg. #1) Defendants Erbamont and Bull -- W/Exhibit A and certificate of service -- (paa) |
| 87/09/15 | 3 | RESPONSE (to pldg. #1) Defendants American Cyanamid Company -- W/Memorandum, Exhibit A and certificate of service -- (paa) |
| 87/09/16 | 4 | RESPONSE (to pldg. #1) -- Defendants Du Pont Critical Care, Inc. -- W/Exhibits A & B and certificate of service -- (paa) |
| 87/10/13 | | HEARING ORDER -- setting setting motion for tranfer for Panel hearing in Dallas, Texas on November 18, 1987  (cds) |
| 87/10/15 | | CORRECTION ORDER -- Correcting Hearing Orer to reflect correct date of Nov. 18, 1987, Dallas, Texas. (rew) |
| 87/10/27 | 5 | ADMENDMENT TO MOTION -- Filed by A.H. Robins Company, Inc. -- Amendment To Include an additional action -- B-4 A.H. Robins Company, Inc. v. Cetus Ben Venue Therapeutics, et al. -- w/cert. of service. (tmq) |
| 87/11/06 | | APPEARANCE: ROBERT BAECHTOLD, ESQ. for Cetus Generic Corp., Cetus-Ben Venue Therapeutics, and Ben Venue Generic Corp. (cds) |
| 87/11/10 | 6 | RESPONSE -- (to pldg. #1) Defts. Cetus-Ben Venue Therapeutics, Cetus Generic Corp. and Venue Generic Corp. -- w/cert. of svc. (rh) |
| 87/11/12 | 7 | RESPONSE, MEMORANDUM (to pldg. #5) -- defts. Du Pont Critical Care, Inc., Erbamont, Inc., David Bull Laboratories Pty., Ltd.; and American Cyanamid Co. -- w/cert. of service  (cds) |

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ___ --

| Date | Pef. | Pleading Description |
|---|---|---|
| 87/11/17 | | HEARING APPEARANCES: (For Hearing on 11/18/87 in Dallas, Texas) -- KURT RICHTER, ESQ. for A.H. Robins; DANIEL A. BOEHNEN, ESQ. for Erbamont, Inc. and David Bull Laboratories Pty. Ltd.; E. ANTHONY FIGG, ESQ. for Dupont Critical Care, Inc.; JAMES COSTIGAN, ESQ. for American Cyanamid Co. AND NICHOLS N. KALLAS, ESQ. for Cetus Generic Corp., Cetus-Ben Venue Therapeutics, and Ben Venue Generic Corp. (rh) |
| 87/11/25 | | CONSENT OF TRANSFEREE COURT -- for transfer of litigation to S.D. Ohio to the Hon. John D. Holschuh (rh) |
| 87/11/25 | | TRANSFER ORDER -- transferring A-1, A-2 and A-4 to S.D. Ohio pursuant to 28 U.S.C. §1407 -- Notified involved judges, clerks, counsel and misc. recipients (rh) |

JPML Form 1

Revised: 8/78

DOCKET NO. 743 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Keenan Patent Litigation

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| November 18, 1987 | November 25, 1987 | TO | Unpublished | S.D. Ohio | Hon. John D. Holschuh | |

### Special Transferee Information

DATE CLOSED: 5/31/88

6 mos.

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 743 -- In re Keenan Patent Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | A.H. Robins Company, Inc. v. DuPont Critical Care Company | Ill., N. Williams | 87-C-4103 | 11-25-87 | C2-87-1460 | 5/31/88 | |
| A-2 | A.H. Robins Company, Inc. v. American Cyanamid Corporation | N.J. Barry | 87-2544 | 11-25-87 | C2-87-1461 | 5/31/88 | |
| A-3 | A.H. Robins Company, Inc. v. Erbamont, Inc., et al. | Ohio, S. Holschuh | C2-87-677 | | | 5/31/88 D | |
| B-4 | A.H. Robins Company, Inc. v. Cetus-Ben Venue Therapeutics, et al. | Cal., N. Schwarzer | C-87-5335-WWS | 11-25-87 | C2-87-1462 | 5/31/88 D | |

July 1988 - 3 TR / 1×2 / 4 Des /

Litigation Closed

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 743 -- In re Keenan Patent Litigation

---

A.H. ROBINS CO., INC. (A-1 - A-3)
Kurt E. Richter, Esq.
Morgan & Finnegan
345 Park Avenue
New York, NY  10154

DuPONT CRITICAL CARE COMPANY
E. Anthony Figg, Esq.
Bernard, Rothwell & Brown
1700 K Street, N.W.
Suite 800
Washington, D.C.  20006

AMERICAN CYANAMID CORP.
George P. Hoare, Jr., Esq.
Hedman, Gibson, Costigan & Hoare, P.C.
1185 Avenue of the Americas
New York, NY  10036

ERBAMONT, INC.
DAVID BULL LABORATORIES, PTY., LTD.
John J. McDonnell, Esq.
Allegretti, Newitt, Witcoff
  & McAndrews, Ltd.
125 S. Wacker Drive
Chicago, IL  60606

~~Cetus-Ben Venue Therapeutics~~
~~Cetus Generic Corporation~~
~~1400 Fifty-Third Street~~
~~Emeryville, California 94608~~

~~Ben-Venue Generic Corp.~~
~~270 Northfield Road~~
~~Bedford, Ohio 44146~~

BEN-VENUE GENERIC CORP.
CETUS-BEN VENUE THERAPEUTICS
CETUS GENERIC CORP.
Robert Baechtold, Esquire
FitzPatrick, Cella, Harper & Scinto
277 Park Avenue
New York, New York  10172

JPML FORM 3

p. _____

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 743 -- In re Keenan Patent Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| DuPont Critical Care Company | A-1 |
| American Cyanamid Corp. | A-2 |
| Erbamont, Inc. | A-3 |
| David Bull Laboratories, Pty. Inc. | A-3 |
| Ben Venue Therapeutics | B-4; |